IN THE UNITED STATES DISTRICT COURT       SEP 25 2014
FOR THE SOUTHERN DISTRICT OF ILLINOIS
                                           PHILIP M. FRAZIER
UNITED STATES OF AMERICA,            )     U.S. MAGISTRATE JUDGE
                                     )     SOUTHERN DISTRICT OF ILLINOIS
                                     )     BENTON, ILLINOIS
            Plaintiff,               )
                                     )     No. _14-MJ-4057-PMF_
                                     )
      vs.                            )
                                     )     **FILED UNDER SEAL**
DERRICK DAWON BURNS,                 )
                                     )
            Defendant,               )

## **CRIMINAL COMPLAINT**

I, Joseph Shevlin, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### **COUNT 1**

#### **Willfully Making a Bomb Threat – October 10, 2012**

On or about October 10, 2012, in Jackson County, within the Southern District of Illinois,

#### **DERRICK DAWON BURNS,**

defendant, knowingly and willfully, caused to be made a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on or about October 10, 2012, a United States Postal Service worker in the Post Office in Carbondale located in a postal sorting machine a handwritten letter titled "The War on SIUC." The letter had been placed in the United States mail.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 2

### Mailing a Threatening Communication - October 10, 2012

On or about October 10, 2012, in Jackson County, within the Southern District of Illinois,

### DERRICK DAWON BURNS,

defendant, knowingly and willfully caused to be delivered in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication in the form of a letter, indicating threats to injure the person of the addressee or of another. Specifically, on or about October 10, 2012, a United States Postal Service worker in the Post Office in Carbondale located in a postal sorting machine a handwritten letter titled "The War on SIUC."

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 3

### Willfully Making a Bomb Threat – October 15, 2012

On or about October 15, 2012, in Jackson County, within the Southern District of Illinois,

### DERRICK DAWON BURNS,

defendant, knowingly and willfully, made or caused to be made, a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on or about October 15, 2012, a United States Postal Service worker located in a blue United Stated Postal Service collection box on the campus of Southern Illinois University-Carbondale a handwritten letter titled "The War on SIU." The letter had been placed in the United States mail.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 4

### Mailing a Threatening Communication - October 15, 2012

On or about October 15, 2012, in Jackson County, within the Southern District of Illinois,

### DERRICK DAWON BURNS,

defendant, knowingly and willfully caused to be delivered in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication in the form of a letter, indicating threats to injure the person of the addressee or of another. Specifically, on or about October 15, 2012, a United States Postal Service worker located in a blue United Stated Postal Service collection box on the campus of Southern Illinois University-Carbondale a handwritten letter titled "The War on SIU."

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 5

### Willfully Making a Bomb Threat – December 6, 2012

On or about December 6, 2012, in Jackson County, within the Southern District of Illinois,

### DERRICK DAWON BURNS,

defendant, knowingly and willfully, made or caused to be made, a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on or about December 6, 2012, a United States Postal Service worker in the Post Office in Carbondale located in a postal sorting machine a handwritten letter directed to the FBI, Southern Illinois University Police, staff and students. The letter had been placed in the United

3

States mail.

    All in violation of Title 18, United States Code, Section 844(e).

## COUNT 6

### Mailing a Threatening Communication – December 6, 2012

    On or about December 6, 2012, in Jackson County, within the Southern District of Illinois,

### DERRICK DAWON BURNS,

defendant, knowingly and willfully caused to be delivered in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication in the form of a letter, indicating threats to injure the person of the addressee or of another.  Specifically, on or about December 6, 2012, a United States Postal Service worker in the Post Office in Carbondale located in a postal sorting machine a handwritten letter directed to the FBI, Southern Illinois University Police, staff and students.

    All in violation of Title 18, United States Code, Section 876(c).

## COUNT 7

### Willfully Making a Bomb Threat – October 1, 2013

    On or about October 1, 2013, in Jackson County, within the Southern District of Illinois,

### DERRICK DAWON BURNS,

defendant, knowingly and willfully, made or caused to be made, a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on or about October 1, 2013, a United States Postal Service worker in a St. Louis,

4

Missouri Post Office located in a postal sorting machine a handwritten letter titled "The War on SIU." The letter was directed to the FBI, Southern Illinois University Police, staff and students. The letter had been placed in the United States mail.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 8

### Mailing a Threatening Communication – October 1, 2013

On or about October 1, 2013, in Jackson County, within the Southern District of Illinois,

### DERRICK DAWON BURNS,

defendant, knowingly and willfully caused to be delivered in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication in the form of a letter, indicating threats to injure the person of the addressee or of another. Specifically, on or about October 1, 2013, a United States Postal Service worker in a St. Louis, Missouri Post Office located in a postal sorting machine a handwritten letter titled "The War on SIU." The letter was directed to the FBI, Southern Illinois University Police, staff and students.

All in violation of Title 18, United States Code, Section 876(c).

5

## AFFIDAVIT

I, Joseph Shevlin, being duly sworn under oath, state as follows:

1. I am presently assigned to investigate matters involving domestic terrorism. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been employed as a Special Agent for approximately thirteen (13) years. I am vested with the authority to investigate violations of Federal law. I am currently assigned to the FBI office in Marion, Illinois. The statements contained in this affidavit are based on my investigation and information derived from reports and interview of law enforcement officers and witnesses. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### Threat Letters Directed Toward Southern Illinois University

2. Starting in September 2012, and through September 2013, a series of seven (7) threatening letters was placed in the United States Postal System (USPS). These letters contained violent threats against Southern Illinois University in Carbondale (SIUC) students, staff, faculty members, and others. These letters collectively included various threats to rape and murder, to blow up buildings, and to cause major damage to property. These letters were recovered from blue USPS collection boxes in Carbondale, Illinois; from a USPS facility in Carbondale; and from a USPS collection facility in Saint Louis, Missouri. Similarities in the content, construction, and method of delivery, cause the affiant to believe the letters were written by the same author(s). For purposes of the investigation, each of these letters was referred to by the numerical order in which it was discovered. These letters will be referred to by these numbers (i.e. "Threat Letter 1") in this

affidavit.

3.     **Threat Letter 1** was entitled, "The War on SIU", and threatened to kill students and blow up all "3" towers on campus at a future date.   Threat Letter 1 was found in a USPS postal sorting machine at the USPS facility in Carbondale, Illinois on or about September 18, 2012.   Threat Letter 1 contained threats to rape and decapitate female students, and demanded "Give me \$50 million or SIU is history."

4.     **Threat Letter 2** was entitled "The War on SIU Part 1 of 2", and again threatened to bomb all three towers, killing and injuring students.   Threat Letter 2 was recovered by a USPS postal employee on or about September 20, 2012 in a blue USPS collection box on the SIUC campus.   Threat Letter 2 indicated that the bombs would be planted "tonight" in "all 3 towers" and go off at 2:00 am.   On or about September 20, 2012, in response to threats contained in the first two threat letters, and to the specific deadline expressed in Threat Letter 2, SIUC officials made the decision to evacuate the occupants from three Brush Tower Dormitories on campus (the Tower dorms) to search for explosive devices.   SIUC records indicate approximately 2,106 students were housed in these dormitories at that time.   No devices were located.

5.     A redacted photocopy of a small portion of Threat Letter 2 was provided to the media and shown to potential witnesses in the case, in order to illustrate the unique manner of printing used by the author(s) of the letter.   It is noted that this redacted text contained no specific information regarding the violent threats the writer claimed to have accomplished or threatened to carry out.   With the exception of this small portion of redacted text, the specific content of the letters was not released to the public.

7

### Tip Calls

6.      On or about July 2, 2014, The Southern Illinois University Police Department (SIUPD), and the Federal Bureau of Investigation each received calls from an individual who wished to make an anonymous tip regarding these threat letters.   The call to SIUPD was placed directly to the SIUPD in Carbondale, Illinois.   The call to the FBI was routed through the local office in Marion, Illinois, and then re-routed to a complaint center in West Virginia.   A representative for each agency interviewed the caller and these interviews were recorded. The affiant has listened to each of these recorded calls.

7.      **Tip Call 1.**  The first of the two tip calls was received by the Federal Bureau of Investigation. In the interview, the caller, who has a distinctive voice, claimed to have had two discussions with an individual who introduced himself as "Big Russ."   Among other things, the caller indicated that he initially spoke with Big Russ at a bar in Carbondale, Illinois in the fall of 2012, and was subsequently approached by Big Russ on the SIUC campus. In the course of these two meetings, Big Russ made various claims to the tipster.   Big Russ's claims included: having made threats to a university, having raped at least 5 students on campus, having buried human remains in the campus woods, and having disposed of bodies in the campus lake.   The caller said he had lost his wallet or ID at the bar during his first meeting with Big Russ. The caller expressed concern that because Big Russ knew his home address from having seen his ID, Big Russ could pop up on the caller's doorstep one day if he found out the caller had called the police.   The caller requested to remain anonymous.

8.      **Tip Call 2**.   The second of the two tip calls was received later that same day by SIUPD. Because of the same distinctive voice, the affiant believes the caller to be the same individual who called the FBI earlier that day.   Among other things, the caller indicated he had

8

called the FBI Office in Marion earlier in the day, again claimed to have been approached by Big Russ on two occasions in October 2012. Again, describing the first meeting, the caller claimed that Big Russ saw the caller in a bar in Carbondale. The two men had a discussion there, and then the caller was again approached by Big Russ on a later date on the SIUC campus. Big Russ told the caller that he hated SIU, and that everyone was going to pay, and that he had raped a couple of girls on campus. Big Russ also told the caller that his work at SIU was not done, and that he was going to return to do a lot of destruction. The caller again expressed fear that because Big Russ had somehow got his info, his identification, and somehow gotten his wallet, that if the caller ever went to the police, Big Russ would find the caller's home address and pay him a visit.

### Interview with Derrick Burns

9.      Further investigation revealed that both tip calls were placed from telephone number xxx-xxx-xxxx, and that this is a phone used by Derrick Dawon Burns. Records indicate this phone is subscribed to by "P.B." in Chicago, Illinois. In the course of the investigation, Agents have spoken with Derrick Dawon Burns by calling this same telephone number. This number is also listed as a contact number for Derrick Burns in SIUC records.

10.      On August 26, 2014, FBI Agents (the affiant and Task Force Officer Christopher Scott Miller) interviewed Derrick Dawon Burns in Chicago, Illinois. This interview was covertly recorded, with the affiant as the consenting party. During this interview, Burns admitted to placing the two anonymous tip calls in July, and agreed to provide the interviewing Agents with additional details regarding his meetings with Big Russ. Burns indicated he lives with "P.B." in Chicago, Illinois. During this interview, Burns recounted in detail his two meetings with Big Russ on the fall of 2012. Among other things, Burns indicated that Big Russ claimed to have raped at least 20-30 women, to have killed a couple people, to have hung a couple people, and to have

9

made bomb threats.  Big Russ also told Burns he had made threats to other colleges, including LSU, California State, Colorado, New York State, UCLA, SIU, SIU Edwardsville, and Washington State.  Burns said Big Russ also claimed to have disposed of bodies in the campus lake at SIUC.

11.    In this same interview on August 26, 2014, Agents admonished Burns that if he had said anything in the interviews that was not true, or that Burns had embellished, Burns had an opportunity to amend his earlier statements.  Burns was advised that the Agents suspected that Burns had some involvement with the letters, other than just having talked with Big Russ.  Burns denied having any such involvement, and indicated that he had been honest and truthful.  Burns was admonished that providing false statements in a federal investigation was potentially a felony offense.  The affiant expressed concerns to Burns that "…after having listened to your call to SIU, your call to the FBI, your accounts here today, that they do not…", and Burns interjected "match up."  Burns was reminded that he was not under arrest, would not be placed under arrest that day, and that he was free to leave at any time. Burns indicated he understood these conditions.  Burns was advised that based on inconsistencies in his statements, Agents suspected Burns had some involvement in writing the letters, or knowledge of the letters beyond what he had disclosed in the interviews.  Agents advised Burns that the letters had been sent to the FBI Lab for examination for DNA and fingerprints, and that the lab had identified fingerprints on the letters.  Burns denied having any involvement in writing the letters, and had said he had been truthful in his statements. Burns elected to terminate the interview, and departed.  Prior to his departure, Agents served Burns with a subpoena requiring him to submit major case fingerprints.  Arrangements were made for Burns to provide these fingerprints to FBI Agents in Chicago, Illinois, on September 3, 2014.

12. **Fingerprints**. The fingerprints obtained by FBI Chicago were submitted to the FBI Laboratory for forensic comparison to latent fingerprints previously obtained on threat letters in this case. On September 24, 2014, the affiant was notified by the FBI lab examiner that positive matches were obtained, and that Burns's submitted prints matched latent fingerprints developed on four (4) of the seven (7) threat letters. Specific positive fingerprints identifying Derrick Burns included:

> Threat Letter 3 contained two (2) positive identifications to Burns;
>
> Threat Letter 4 contained a single positive identification to Burns;
>
> Threat Letter 5 contained two (2) positive identifications to Burns on the envelope, and a single positive match on the letter;
>
> Threat letter 7 contained a single positive match on the letter.

Each of these four letters is briefly described below.

**Threat Letters 3, 4, 5 and 7**

13. **Threat Letter 3** was found on or about October 10, 2012 in a postal sorting machine by a USPS worker at the Post Office in Carbondale, Illinois. This letter was hand written in pencil on loose paper and is titled "The War on SIUC" and includes the text "Terrorism Alive and Well." It is addressed "To: FBI, SIU Police, Staff, Students, U.S." This letter also includes text "Places I will bomb: SIUC, SIUE, UCLA, New York State, Penn State, University of Illinois, Texas A & M, Marquette University and many more." This letter further indicates that the writer has "…raped and killed 7 SIUC students. 4 of which their bodies are buried in mass graves in the Thompson Point Woods. Two were hung in a basement, and the other body was dumped in the campus lake." This letter contains threats to shoot various staff members and the Director of Public Safety, and was signed "Terrorist of America." This letter also contains a reference that

11

the "third time is the charm."  The affiant believes this comment references the previous two threat letters.

14.     **Threat Letter 4** was found by a USPS worker on or about October 15, 2012, in a blue USPS collection box on the campus of SIUC.   This letter, as with the previous three letters, was handwritten on lined paper and contained text in the title "The War on SIU."   This letter was also addressed to: "FBI, SIU Police, Staff, Students."   This letter threatened that 25 women would be raped and killed, threatened to target all dorms on campus, and that "between 14-18 men" would be targeted and "shot dead."   This letter indicates that the writer shot someone in the head and dumped the body in the campus lake.   The writer also stated, "Just because Brush Towers were not bombed the first time doesn't mean I'm not serious about attacking them."   The writer claimed to have placed pipe bombs and booby traps in the tower dorms, and stated that the writer intended to shoot students as they were being evacuated.   This letter is signed "Terrorist for Alqaeda", as well as other aliases.

15.     **Threat Letter 5** was found on or about December 6, 2012, in a in a postal sorting machine by a USPS worker at the Post Office in Carbondale, Illinois.   Again, this letter was also hand written, and was addressed to the "FBI, SIU Police, Staff, Students."   In this letter, the writer threatens to commit arson, commit additional murders, and to use tear gas on campus.   The author again threatens to place explosives in the Brush Towers, and to bomb other locations on campus. The author again mentions having killed students, and to having buried bodies in the "TP Woods" and having dumped some bodies in the "TP Lake."

16.     **Threat Letter 6** (not charged) was located on or about August 24, 2013, in a postal sorting machine at the USPS facility in Carbondale by a USPS worker.   Investigation determined this letter had been collected in Carbondale on or about August 23, 2013.   This letter was

handwritten and contained the text "War on SIU 2013" and was addressed "To the SIU police, FBI, students, and staff." This letter contained various threats, including threats to murder students by "shooting to kill" and also listed several on campus locations the author intended to bomb.

17.     **Threat Letter 7** was found in a postal sorting machine in Saint Louis, Missouri, and turned over to investigators on or about October 1, 2013.   Investigation revealed that the letter had been initially processed in the Carbondale, Illinois USPS facility and trucked to Saint Louis, based on changes in how the USPS was sorting mail at the time.   Further investigation reflects this mail was deposited in collection boxes in the Carbondale, Illinois area on or about September 17, or September 18, 2013.   This letter was partially contained in an envelope, and again contained the text "War on SIU" in the title, and was addressed to "the FBI, SIU Police, Staff, Students." This letter refers to the earlier threats to murder, rape, and destroy property.   It also indicates that the FBI got in the writer's way, and that the author must "murder any Agent who refuses to step aside."   This writer also threatens to shoot students, and spread "deadly chemical powder."   The writer threatens additional plans to rape and strangle students and staff members.   This letter also contains threats to use bombs and to use anthrax at various locations on campus.   This letter also refers back to the anniversary of the "2012 bomb threats of the Brush Towers which were on September 20-21st 2012."

**Conclusion**

18.     Based on similarities in content, style, construction, and method of delivery, the affiant believes that the seven threat letters were written by the same author(s).   Additionally, the affiant has noted significant discrepancies among the three recorded interviews in which Burns describes his encounters with Big Russ.   It is also noted that Burns demonstrated detailed knowledge of the content of the violent threats and claims made by the writer of the letters, and

13

that these details had not been disclosed publicly (i.e. rapes, murders, people hung, disposition of bodies in the lake and in the woods on campus, and threats to additional schools). In his September 2014 interview with the FBI, despite being admonished about making false statements, Burns insisted that his statements were true and he denied having any involvement in writing the letters. Seven latent fingerprints belonging to Burns have been identified on four of the threat letters in this case.

19.     Based on my training and experience, I believe the above facts and circumstances are violations of the aforementioned criminal statutes.

14

FURTHER AFFIANT SAYETH NAUGHT.

JOSEPH SHEVLIN
Special Agent
Federal Bureau of Investigation

State of Illinois        )
                         )   SS.
County of Franklin       )

Sworn to before me and subscribed in my presence on the $\underline{25}$ day of September 2014,

at Benton, Illinois.

**PHILIP M. FRAZIER**
**United States Magistrate Judge**

STEPHEN R. WIGGINTON
United States Attorney

WILLIAM E. COONAN
Assistant United States Attorney

JOHN C. CONSTANCE
Special Assistant United States Attorney

FILED

SEP 25 2014

PHILIP M. FRAZIER
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
BENTON, ILLINOIS