FILED
SEP 25 2014
PHILIP M. FRAZIER
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
BENTON, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 14-MJ-4057-PMF |
| | ) | |
| DERRICK DAWON BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and William E. Coonan, Assistant United States Attorney, respectfully moves this Honorable Court for leave to seal the Complaint in the above-entitled case, and in support of this motion avers as follows:

1. On September 25, 2014, an eight-count Criminal Complaint was filed against the Defendant charging violations of Willfully Making a Bomb Threat, Title 18, United States Code, Section 844(e), and Mailing a Threatening Communication, Title 18, United States Code, Section 876(c).

2. Disclosure of the contents of the Criminal Complaint could compromise and jeopardize an ongoing investigation and witnesses who have provided information to the Federal Bureau of Investigation.

**WHEREFORE**, the United States respectfully requests this Honorable Court order the Clerk of the Court to seal this Criminal Complaint.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

_____
WILLIAM E. COONAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
(618) 628-3700
Fax: (618) 628-3720
E-mail:   liam.coonan@usdoj.gov