IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-cr-40081-SMY |
| vs. ) | |
| ) | |
| DERRICK DAWON BURNS, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS INDICTMENT AND MOTION TO SUPPRESS

The United States of America, by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and William E. Coonan, Assistant United States Attorney, respectfully responds to "Motion to Dismiss Charges" and "Motion to Suppress Evidence" filed by the actual Defendant himself without proceeding with his counsel. (Doc. Nos. 26, 27).

1. On October 27, 2014, the Defendant himself filed his "Motion to Dismiss Charges" and Motion to Suppress Evidence." (Doc. Nos. 26, 27). These filings were not made or signed by the Defendant's counsel of record.

2. The United States moves to strike these filings because they were not filed by the counsel of record, and the Court has not been asked by the Defendant and allowed the Defendant to proceed *pro se*.

3. The Defendant has no right to file a *pro se* motion while counsel represents him. *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

1

Wherefore, the United States respectfully moves to strike "Motion to Dismiss Charges" and "Motion to Suppress Evidence."

Respectfully submitted,

UNITED STATES OF AMERICA

STEPHEN R. WIGGINGTON
United States Attorney

*s/William E. Coonan*
WILLIAM E. COONAN
JOHN C. CONSTANCE
Assistant United States Attorneys
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
618.628.3700
618.628.3720 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I caused to be electronically filed **United States' Motion to Strike Defendant's Motion to Dismiss Indictment and Motion to Suppress** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  James A. Gomric, Attorney for the Defendant.

Respectfully Submitted,

*s/William E. Coonan*
WILLIAM E. COONAN
Assistant United States Attorney