IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | 14CR40081SMY |
| | ) | |
| DERRICK BURNS, | ) | |
| DEFENDANT. | ) | |

**MOTION FOR FITNESS EXAMINATION**

Now comes the Defendant, Derrick Burns, by counsel, James A. Gomric, of the law firm of O'Gara & Gomric, P.C., and pursuant to the provisions of Title 18, Unites States Code, Section 4241, requests a fitness examination of the Defendant and in support thereof states as follows:

1. "At any time after commencement of prosecution and upon motion by either counsel or upon its own motion the Court shall order a competency examination of the Defendant if there is reasonable cause to believe that he Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

(18 U.S.C. Section 4241)

2. On October 3, 2014, the prosecution filed a motion seeking that the Court order an examination in accord with the above statute.

3. On October 7, 2014, at the initial appearance of the Defendant in the Southern District of Illinois, the Court took the matter under advisement at the suggestion of counsel for the Defendant.

4. Counsel for the Defendant now harbors a reasonable belief that the Defendant may not be fit, now moves for an examination of the Defendant in accord with the aforementioned statute, and joins in the prosecution's motion.

5. Counsel for the Defendant suggests that the examination procedure detailed in the prosecution motion be employed for the purposes of determining the Defendant's fitness.

Wherefore, Counsel for the Defendant respectfully requests that this Court grant the pending motions for an examination of the Defendant for purposes of determining his fitness to stand trial.

Respectfully Submitted,

S/ James A. Gomric
Attorney for Defendant
6 East Washington
Belleville, Il. 62220
(618)234-2788
(618)234-0670[fax]

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on November 24, 2014, I caused to be filed The Defendant's Motion for Fitness Examination with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the assigned Assistant United States Attorney,

      Liam Coonan

                                                   <u>S/ James A. Gomric</u>
                                                   James A. Gomric
                                                   Counsel for the Defendant