IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
|      Plaintiff,   ) | |
| ) | |
| -v-   ) | Case No.   14-40081-SMY |
| ) | |
| DERRICK DAWON BURNS,   ) | |
| ) | |
|      Defendant.   ) | |

### MINUTES OF COMPETENCY HEARING

**PRESIDING:** Hon. Staci M. Yandle, U.S. District Judge

**DATE:** April 23, 2015       **PLACE:**  Benton, Illinois

**COURT REPORTER:** Chris Dohack     **COURTROOM DEPUTY:**  Kailyn Kramer

**COUNSEL FOR PLAINTIFF:**  William E. Coonan

**COUNSEL FOR DEFENDANT:**  Thomas Q Keefe, III

                                                                               **TIME:**  15 minutes

---

     All parties noted are present in open court.  Scott Miller with FBI & Carbondale Police Department appears with the Government.  This matter is called for a Competency Hearing.

     The Court advises the parties that this hearing will be used as a Status Conference rather than a formal Competency Hearing.  The Court inquires with Defense and his Counsel as to whether he objects to the Psychiatric Report.

     Counsel advises the court that they have received copies of the report and they have no objections to the report. The defendant also has no objections to the report.

     The Court, after having reviewed the report and hearing from all parties, hereby finds that the defendant is competent to proceed with this case and to assist his counsel.

     Defense Counsel makes Oral Motion to continue the Final Pre Trial and Trial. The Court instructs Counsel to file a written motion at which time the Court will make a formal ruling on said Motion.