UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
[X] Benton   [ ] East St. Louis

[ ] INITIAL APPEARANCE   [ ] ARRAIGNMENT   [X] CHANGE OF PLEA   [ ] PLEA TO INFORMATION

CRIMINAL NO: 14-40081-SMY          DATE: August 20, 2015          TIME: 15 minutes

USA vs DERRICK DAWON BURNS                 JUDGE: Staci M. Yandle, District Judge
[X] Present  [X] Custody  [ ] Bond
                                           COURT REPORTER: Chris Dohack
COUNSEL FOR DEFENDANT: Thomas Q. Keefe, III
[X] Present  [X] Appointed  [ ] Retained  [ ] Waived   COURTROOM DEPUTY: Kailyn Kramer

GOVERNMENT COUNSEL: Thomas E. Leggans, AUSA

[X] Defendant sworn

[X] Defendant advised of constitutional rights, nature of charge and possible penalties.

[X] Defendant withdraws plea of not guilty as to Counts 1 – 4 of the Indictment

[X] Plea:   [X] Guilty as to Counts 1 – 4 of the Indictment

   [ ] Not Guilty as to Count(s)

[X] No Plea Agreement   [ ] Plea Agreement   [ ] Oral   [ ] Written   [ ] Stipulation Only

[X] Court accepts plea of guilty and adjudges defendant guilty.

[X] Matter referred to U.S. Probation for Presentence Investigation and Report.

[X] Disposition set for December 8, 2015 at 1:30 PM in Benton, Illinois before Judge Staci M. Yandle

[X] Defendant remanded to custody of U.S. Marshal  [X] Order of detention previously entered to remain in full force

[X] Jury Trial setting of 8/31/2015 is stricken from the docket

[X] NOTE: No further notice will be given