IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

AUG 2 0 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 14-cr-40081-SMY |
| | ) |
| DERRICK DAWON BURNS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The attorney for the United States and the attorney for the Defendant have engaged in discussions and have stipulated to the following facts to support the plea of guilty in accordance with U.S.S.G. § 6B1.4.

1.   Count 1. On October 10, 2012, in Jackson County, the Defendant, knowingly and willfully, caused to be made a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on October 10, 2012, a United States Postal Service worker in the Post Office in Carbondale located in a postal sorting machine a handwritten letter titled "The War on SIUC." The letter had been placed in the United States mail.

2.   Count 2. On October 15, 2012, in Jackson County, the Defendant, knowingly and willfully, made or caused to be made, a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on October 15, 2012, a United States Postal Service worker located in a blue United States Postal Service collection box on the campus of Southern Illinois University-Carbondale a handwritten letter titled "The War on SIU." The letter had been placed in the United States mail.

1

3. Count 3. On December 6, 2012, in Jackson County, the Defendant, knowingly and willfully, made or caused to be made, a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on December 6, 2012, a United States Postal Service worker in the Post Office in Carbondale located in a postal sorting machine a handwritten letter directed to the FBI, Southern Illinois University Police, staff and students. The letter had been placed in the United States mail.

4. Count 4. On October 1, 2013, in Jackson County, the Defendant, knowingly and willfully, made or caused to be made, a threat to kill and injure individuals and to unlawfully damage or destroy buildings, in or affecting interstate commerce. Specifically, on October 1, 2013, a United States Postal Service worker in a St. Louis, Missouri Post Office located in a postal sorting machine a handwritten letter titled "The War on SIU." The letter was directed to the FBI, Southern Illinois University Police, staff and students. The letter had been placed in the United States mail.

5. The Defendant's actions as charged in the Indictment occurred in Jackson County, which is within the Southern District of Illinois.

**IT IS SO STIPULATED.**

_____
DERRICK DAWON BURNS
Defendant

_____
THOMAS Q. KEEFE, III
Attorney for Defendant

Dated: August 20, 2015

STEPHEN R. WIGGINTON
United States Attorney

_____
WILLIAM E. COONAN
Assistant United States Attorney

Dated: 8/20, 2015

2