Case 4:14-cr-40081-SMY   Document 77   Filed 05/06/16   Page 1 of 1   Page ID #264
Case 4:14-cr-40081-SMY   Document 74   Filed 01/20/16   Page 2 of 7   Page ID #251

AO 245B (SDIL Rev. 03/15) Judgment in a Criminal Case

Judgment Page 2 of 7

DEFENDANT: DERRICK DAWON BURNS
CASE NUMBER: 4:14-CR-40081-SMY

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 months on Counts 1 – 4 of the Indictment, to be served concurrently**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the Defendant be screened immediately for participation in Mental Health Treatment.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
☐ at _____ ☐ a.m. ☐ p.m. on
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **04-25-2016** to **FCC TERRE HAUTE**

at **TERRE HAUTE, IN**, with a certified copy of this judgment

**S. JULIAN, WARDEN**
~~UNITED STATES MARSHAL~~

By **P. LOVELLETTE, CSO**
~~DEPUTY UNITED STATES MARSHAL~~